MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-0098 VC |
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS CONFERENCE; |
| MARC ROSTON, | ) [PROPOSED] ORDER |
| Defendant. | ) |

    The United States hereby requests that the status conference currently scheduled for Monday, March 30, 2015 at 2:00 p.m. before this Court, be continued until April 14, 2015 at 1:00 p.m. The reason for this request is that the Court indicated needing to change the date from March 30, 2015, and the date at which both parties can be present is April 14, 2015.

    Assistant Federal Public Defender Elizabeth Falk does not oppose this request.

    Additionally, the parties concur that granting an exclusion of time would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C . § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel and continuity of counsel outweigh the best

//

STIP TO CONT. CHANGE OF STATUS CONFERENCE
*U.S. V. ROSTON,* CR 15-0098 VC

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

     IT IS SO STIPULATED.

DATED: March 18, 2015                            MELINDA HAAG
                                                           United States Attorney

                                                           /s/
                                                           Sarah Hawkins
                                                          Assistant United States Attorney

DATED: March 18, 2015

                                                           /s/
                                                           Elizabeth Falk
                                                           Counsel for the Defendant

STIP TO CONT. CHANGE OF STATUS CONFERENCE
*U.S. V. ROSTON,* CR 15-0098 VC

## [PROPOSED] ORDER

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the change of status conference presently scheduled for March 30, 2015, at 2:00 p.m. shall be continued to April 14, 2015 at 1:00 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 24, 2015

_____
HON. VINCE CHHABRIA
United States District Court Judge

STIP TO CONT. CHANGE OF STATUS CONFERENCE
*U.S. V. ROSTON,* CR 15-0098 VC